ARNOLD OLIPHANT, an Infant, by HYMAN OLIPHANT, His Guardian ad Litem, et al., Respondents, *v.* INTER-BOROUGH RAPID TRANSIT COMPANY, Defendant, and NEWS SYNDICATE COMPANY, INC., Appellant, Impleaded with Another.

(Argued April 12, 1933; decided April 28, 1933.)

*Chester E. Barrett* and *Alfred W. Andrews* for appellant.
*Richard J. Stull* for respondents.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ.   Not sitting: HUBBS, J.